**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Jennifer Thurston, Deputy (#191821)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone: (661) 868-3800**

**Attorney for Defendants, County of Kern,**
**Kern County Sheriff's Department,**
**F. Banuelos, Amado**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL LEE** | **CASE NO: 1:05-CV-01318-AWI TAG** |
| Plaintiff, | **STIPULATION RE: CONFIDENTIAL PEACE OFFICER PERSONNEL RECORDS; ORDER** |
| v. | |
| **COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; DEPUTY D. LINDINI, DEPUTY F. BANUELOS, DEPUTY AMADO, HOLTZ and DOES 1 to 100, inclusive,** | |
| Defendants. | |

The parties herein, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, personnel records defined by California Penal Code section 832.8 of sworn peace officers, as defined by Government Code section 3301, are confidential according to California Penal Code section 832.7;

And WHEREAS, the parties have agreed to maintain the confidentiality of the personnel records;

The parties do hereby STIPULATE AND AGREE that confidential personnel records protected by California Penal Code sections 832.7 and 832.8 produced according

to a valid discovery request as to any peace officer, including but not limited to any named defendant, shall be held confidential, shall be used only in connection with the instant litigation, shall not be disseminated except to the parties to this stipulation and their expert witnesses and, at the conclusion of the matter, all confidential personnel records shall be returned to the party who produced the records.

The parties agree that this stipulation may be signed in counterpart.

Dated: July 26, 2006            B.C. BARMANN, SR., COUNTY COUNSEL


By   /s/ Jennifer Thurston
Jennifer Thurston, Deputy
Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, F. Banuelos and K. Amado

DATED: July 25, 2006            LAW OFFICES OF ROBINSON & KELLAR


By:   /s/ Oliver Robinson
Oliver Robinson, Esq.
Michael Kellar, Esq.
Attorney for Defendants D. Lindini and Holtz

DATED: July 12, 2006            RODRIGUEZ & ASSOCIATES


By:   /s/ Marshal Scott Fontes
Daniel Rodriguez, Esq.
Marshall Scott Fontes, Esq.
Charles Chapman, Esq.
Attorneys for Plaintiff, Cheryl Lee


IT IS SO ORDERED.

Dated:   **July 31, 2006**                         **/s/ Theresa A. Goldner**
**j6eb3d**                                UNITED STATES MAGISTRATE JUDGE

---

Stipulation re: Confidential Personnel Records            2