1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Jennifer Thurston, Deputy (#191821)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone: (661) 868-3800**

5  **Attorney for Defendants, County of Kern,**
   **Kern County Sheriff's Department,**
6  **F. Banuelos, Amado**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL LEE** ) | **CASE NO: 1:05-CV-01318-AWI TAG** |
| ) | |
| Plaintiff, ) | **STIPULATION RE: DISMISSAL OF** |
| ) | **THE ENTIRE ACTION WITH** |
| v. ) | **PREJUDICE; ORDER AND** |
| ) | **JUDGMENT OF DISMISSAL** |
| **COUNTY OF KERN; KERN** ) | |
| **COUNTY SHERIFF'S DEPARTMENT;** ) | |
| **DEPUTY D. LINDINI, DEPUTY F.** ) | |
| **BANUELOS, DEPUTY AMADO,** ) | |
| **HOLTZ and DOES 1 to 100, inclusive,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties herein, by and through their respective counsel, hereby stipulate as follows:

WHEREAS the plaintiff, Cheryl Lee, wishes to dismiss the matter as to all defendants in its entirety;

And WHEREAS the plaintiff and the defendants have agreed to bear their own costs and attorney's fees;

///

///

///

_____
Stipulation re: Dismissal of the Entire Matter with Prejudice

The parties do hereby STIPULATE AND AGREE that the action in its entirety is dismissed with prejudice and that a judgment of dismissal should be entered.

The parties agree that this stipulation may be signed in counterpart.

Dated: November 15, 2006         B.C. BARMANN, SR., COUNTY COUNSEL


By   /s/ Jennifer L. Thurston
Jennifer Thurston, Deputy
Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, F. Banuelos and K. Amado

DATED: November 10, 2006         LAW OFFICES OF ROBINSON & KELLAR


By:  /s/ Oliver U. Robinson
Oliver Robinson, Esq.
Michael Kellar, Esq.
Attorney for Defendants D. Lindini and Holtz

DATED: November 15, 2006         RODRIGUEZ & ASSOCIATES


By:  /s/ Marshall S. Fontes
Daniel Rodriguez, Esq.
Marshall Scott Fontes, Esq.
Attorneys for Plaintiff, Cheryl Lee


**ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of

Stipulation re: Dismissal of the Entire Matter with Prejudice
2

1  the United States or of any state an action based on or including the same claim.
2  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer,
3  by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an
4  oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d
5  1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the
6  stipulation between the parties who have appeared is properly filed or made in open court, no order
7  of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at
8  1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under
9  Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.
10  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also
11  Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.
12  Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the
13  Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii)
14  Stipulation For Dismissal With Prejudice.

16  IT IS SO ORDERED.
17  **Dated:   November 17, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                                      UNITED STATES DISTRICT JUDGE

---
Stipulation re: Dismissal of the Entire Matter with Prejudice
3